UNITED STATES of America,

v.

Mark SWIDA, Appellant.

No. 02–1449.

United States Court of Appeals,
Third Circuit.

Submitted Sept. 23, 2002.

Decided Oct. 24, 2002.

Before BARRY, AMBRO and COWEN,
Circuit Judges.

OPINION

PER CURIAM.

For essentially the reasons set forth in
Judge Vanaskie's memorandum opinion
dated January 15, 2001, we affirm the District Court's judgment.